UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL JOHNSON,

    Plaintiff,                                          CASE NO.  11-15487

v.                                                    Hon. Lawrence P. Zatkoff

OPERATION GET DOWN, INC.,

    Defendant.

_____/

## OPINION AND ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

       Plaintiff filed this case pursuant to 42 U.S.C. § 1983, alleging that while in the care and custody of Defendant, Plaintiff contracted Methicillin-Resistant Staphylococcus Aureus ("MRSA"), a severe skin infection.  This matter is currently before the Court on Magistrate Judge Mona K. Majzoub's Report and Recommendation (Docket #37), wherein the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice.  Plaintiff did not file any objection to the Report and Recommendation.

       After a thorough review of the court file and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of the Court.

       Therefore, for the reasons set forth above, the Court hereby ORDERS that Plaintiff's cause of action is DISMISSED WITH PREJUDICE.

       IT IS SO ORDERED.

                                                                                    S/Lawrence P. Zatkoff
                                                                     LAWRENCE P. ZATKOFF
Dated: July 30, 2014                                      UNITED STATES DISTRICT JUDGE